JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.  **CV 24-967-JFW(KESx)**                                          Date: May 13, 2024

Title:         Marisela Ramos -v- Walgreen Co., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

    In the Notice of Settlement filed on May 13, 2024, Docket No. 18, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before June 27, 2024.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 27, 2024.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 1/14/15)